

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cristian Escarcega,

Vs. No. 11-24-00008-CR

The State of Texas,

* From the 161st District Court
 of Ector County,
 Trial Court No. B-22-0009-CR.

* April 17, 2025

* Memorandum Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.